**No. 09-1232. California State Republican Legislator Intervenors, et al., Appellants v. Marciano Plata, et al.**

563 U.S. 1018, 131 S. Ct. 2929, 180 L. Ed. 2d 223, 2011 U.S. LEXIS 4043.

May 31, 2011. Appeal from the United States District Courts for the Eastern District and the Northern District of California. The Court affirmed the judgment below in Brown v. Plata, 563 U.S. 493, 131 S. Ct. 1910, 179 L. Ed. 2d 969 (2011). Therefore, the appeal is dismissed.

Same case below, 922 F. Supp. 2d 882.

**No. 10-9868. Hong Mai, Petitioner v. Michael J. Astrue, Commissioner of Social Security, et al.**

563 U.S. 1018, 131 S. Ct. 2938, 180 L. Ed. 2d 223, 2011 U.S. LEXIS 4076.

May 31, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed. See Rule 39.8.